Case 2:18-cr-00002-JPH-CMM   Document 715   Filed 05/08/24   Page 1 of 3 PageID #: 2704

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| USA  v.  CHRISTIEN MUNGUIA | ) ) ) | Case No: 2:18-cr-00002-JPH-CMM-9 |
| | ) | USM No: 30748-208 |
| Date of Original Judgment: 12/09/2019 | ) ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/09/2019  shall remain in effect.
**IT IS SO ORDERED**.

Date: 5/8/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-cr-00002-JPH-CMM |
| ) | |
| CHRISTIEN MUNGUIA, ) | -09 |
| ) | |
| Defendant. ) | |

**ORDER DENYING MOTION TO REDUCE SENTENCE**

Christien Munguia has filed a motion to reduce his sentence under Amendment 821 to the United States Sentencing Guidelines, which retroactively lowered the sentencing guidelines calculation for some defendants. Dkt. 689.

Under 18 U.S.C. § 3582(c), a district court "may not modify a term of imprisonment once it has been imposed" unless an exception applies. *See Dillon v. United States*, 560 U.S. 817, 824 (2010). One of those exceptions is for "a defendant who has been sentenced to a term of imprisonment based on a sentence range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). Motions for sentence reductions under § 3582(c)(2) are evaluated in "a two-step inquiry." *Dillon*, 560 U.S. at 826–27. First, the district court must determine whether the reduction is permissible under the amended guidelines. *Id.* If that first step is satisfied, the district court must consider "any applicable § 3553(a) factors and determine whether,

1

in its discretion, the reduction . . . is warranted . . . under the particular circumstances of the case." *Id.*

Here, Mr. Munguia seeks a reduction under Amendment 821 Part B, which decreases the offense level "for certain zero-point offenders." Dkt. 689 at 2; USSG §4C1.1(a). The government responds that Mr. Munguia is not eligible for a reduction because he is not a zero-point offender. Dkt. 712.

To be eligible for the zero-point offender retroactive adjustment, Mr. Munguia must have "not receive[d] any criminal history points from Chapter Four Part A" of the sentencing guidelines. USSG §4C1.1(a)(1). However, he received three criminal history points under USSG §4A1.1(a) for a 2009 conviction. Dkt. 468 at 8. Mr. Munguia therefore is not eligible for a sentence reduction under *Dillon*'s first step, and his motion is **DENIED**. Dkt. [689].

**SO ORDERED.**

Date: 5/8/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

Christien Mungiua
Reg. No. 30748-208
USP Lompoc-Low 2
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436